UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 05-CR-10003-NMG |
| (12) ENEYDA GONZALEZ RODRIGUEZ, | ) |
| (13) WESHTOD CONSULTANTS, | ) |
| a/k/a Weshtod Consultores S.A., and | ) |
| (16) MICHAEL PINIALIS, | ) |
| a/k/a Max | ) |

DISMISSAL OF ENEYDA GONZALEZ RODRIGUEZ,
WESHTOD CONSULTANTS, AND
MICHAEL PINIALIS FROM THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses ENEYDA GONZALEZ RODRIGUEZ, WESHTOD CONSULTANTS, AND MICHAEL PINIALIS from the Indictment in this matter. In support of this dismissal, the government states that Weshtod Consultants is a defunct corporation and the defendants Rodriguez and Pinialis are residents of Costa Rica who have never been apprehended and are unlikely to be apprehended, and the dismissal is in the interests of justice.

Respectfully submitted,

8/31/17
Date

WILLIAM D. WEINREB
Acting United States Attorney

FRED M. WYSHAK, JR.
Assistant U.S. Attorney

Leave to File Granted:

NATHANIEL M. GORTON, ~~Judge~~
United States District ~~Court~~ Judge       9/19/17